# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

UNITED STEEL WORKERS OF AMERICA, LOCAL 285,

        Respondents

        v.

BRENNTAG NORTHEAST, INC.,

        Petitioner

: No. 41 EM 2015
:
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 20th day of August, 2015, the Petition for Allowance of Appeal, treated as a Petition for Review, is **DENIED**.